| | | | |
|---|---|---|---|
| Case No. | **CV 18-6728-DMG (JCx)** | Date | March 29, 2019 |
| Title | *Dan V. Nguyen v. Thermo Fisher Scientific, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT**

On March 21, 2019, the Court granted Plaintiff Dan V. Nguyen leave to file a First Amended Complaint against Defendants Thermo Fisher Scientific, Inc.; Carlo Banghoomian; and Michael Decker, and ordered Thermo to show cause why this action should not be remanded to Los Angeles County Superior Court for lack of subject matter jurisdiction.[1]  [Doc. # 28.]  On March 22, 2019, Plaintiff filed the First Amended Complaint, wherein he asserts only state-law claims.  [Doc. # 29.]  On March 28, 2019, Thermo admitted that Defendants Baghoomian and Decker are citizens of California for purposes of diversity jurisdiction.  [Doc. # 30.]  Thermo previously conceded that Plaintiff is a citizen of California.  Removal Notice at ¶ 6 [Doc. # 1].

Since complete diversity no longer exists, the Court lacks subject matter jurisdiction over this action.  *Diaz v. Davis (In re Digimarc Corp. Derivative Litig.)*, 549 F.3d 1223, 1234 (9th Cir. 2008) ("Diversity jurisdiction requires complete diversity between the parties—each defendant must be a citizen of a different state from each plaintiff.").  Accordingly, the Court **REMANDS** this action to Los Angeles County Superior Court.  28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

**IT IS SO ORDERED.**

---

[1] In removing this action from state court, Thermo asserted that jurisdiction was proper under 28 U.S.C. section 1332(a).  Removal Notice at 1–5 [Doc. # 1].